9119/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Defendant Hyundai Merchant Marine Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCIAL METALS COMPANY,<br><br>                                   Plaintiff,<br><br>- against -<br><br>M.V. CHRYSOULAS, *in rem*, HER ENGINES, TACKLE, APPAREL, ETC., EXPERT INVESTMENTS, ORDER SHIPPING CO., LTD., and HYUNDAI MERCHANT MARINE CO., LTD., *IN PERSONAM*,<br><br>                                   Defendants. | 08 Civ. 0075 (DAB)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant Hyundai Merchant Marine Co. Ltd., certify upon information and belief that defendant Hyundai Merchant Marine Co. Ltd. has no corporate parent, and that no publicly held corporation owns more than 10% or more of its stock.

Dated: New York, New York
        April 2, 2008

                                                  Respectfully submitted,
                                                  CICHANOWICZ, CALLAN, KEANE,
                                                  VENGROW & TEXTOR, LLP
                                                  Attorneys for Defendant

                                                  By:  s/ Randolph H. Donatelli
                                                       Randolph H. Donatelli (RD-5359)
                                                  61 Broadway, Suite 3000
                                                  New York, New York 10006-2802
                                                  (212)344-7042