214-08/WLJ
FREEHILL, HOGAN & MAHAR
Attorneys for Defendants
EXPERT INVESTMENTS and
ORDER SHIPPING CO. LTD.
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
William L. Juska, Jr. (WJ0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
COMMERCIAL METALS COMPANY,

                                                  08 CV 0075 (DAB)
                Plaintiff,                            ECF CASE

               - against -

M.V. CHRYSOULA S, *in* rem, HER ENGINES,          **RULE 7.1 STATEMENT**
TACKLE, APPAREL, ETC., EXPERT
INVESTMENTS, ORDER SHIPPING CO.,
LTD., and HYUNDAI MERCHANT MARINE
CO., LTD., *IN PERSONAM*,
                Defendants
------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants
EXPERT INVESTMENTS and ORDER SHIPPING CO., LTD., by and through their attorneys,
Freehill Hogan & Mahar, certify that they are not publicly held corporations in the United States,
that they have no corporate parents and that no publicly held corporation owns 10% or more of
their stock.

Dated:  New York, New York
          April 14, 2008

                                       FREEHILL, HOGAN & MAHAR LLP
                                       Attorneys for Defendants
                                       EXPERT INVESTMENTS and
                                       ORDER SHIPPING CO. LTD.

              By:   */s/ William L. Juska, Jr.*
                                       WILLIAM L. JUSKA, JR. (WJ0772)
                                       80 Pine Street
                                       New York, New York 10005-1759
                                       (212) 425-1900

NYDOCS1/302761.1