STATE OF NEW YORK )
                  ss:
COUNTY OF NEW YORK)

    I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York 10005. On April 14, 2008 I served the within ANSWER AND CROSS-CLAIM by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

FEIN & JAKAB
Attorneys for Plaintiff
The Woolworth Building
233 Broadway, Suite 930
New York, NY 10279
Attn: Peter Jakab, Esq.

CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
Attorneys for Defendant
HYUNDAI MERCHANT MARINE CO. LTD.
61 Broadway, Suite 3000
New York, New York 10006-2802

_____
CLARE MAZZA

Sworn to before me on
this 14th day of April, 2008

_____
Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010

NYDOCS1/302766.1