214-08/WLJ
FREEHILL, HOGAN & MAHAR
Attorneys for Defendants
ORDER SHIPPING CO., LTD. and EXPERT
INVESTMENTS
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
William L. Juska, Jr (WJ0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
COMMERCIAL METALS COMPANY,

                Plaintiff,

- against -

M/V CHRYSOULA S, *in rem,* her engines,
tackle, apparel, etc., EXPERT INVESTMENTS,
ORDER SHIPPING CO., LTD. , and HYUNDAI
MERCHANT MARINE CO., LTD., *in personam,*

                Defendants.

-----------------------------------------------------------x

08 CV 0075 (DAB)
ECF CASE

**ANSWER TO CROSS-CLAIM OF
HYUNDAI MERCHANT MARINE CO.,
LTD.**

Defendants, ORDER SHIPPING CO., LTD. (hereinafter "ORDER') and EXPERT INVESTMENTS (hereinafter "EXPERT"), by their attorneys, Freehill, Hogan & Mahar LLP, answering the cross-claim of Hyundai Merchant Marine Co., Ltd., allege upon information and belief as follows:

1. ORDER and EXPERT repeat and re-allege each and every admission, denial, denial of knowledge and information, and affirmative defense set forth in their Answer and Cross-Claims with the same force and effect as if herein re-alleged and set forth at length.

2. Deny the allegations contained in paragraph 27 of the Cross-Claim.

3. Deny the allegations contained in paragraph 28 of the Cross-Claim.

4. As an additional affirmative defense, ORDER and EXPERT reserve their rights to arbitrate the cross-claim of co-defendant Hyundai Merchant Marine Co., Ltd. as stipulated in the governing charter party.

WHEREFORE, Defendants ORDER SHIPPING CO., LTD. and EXPERT INVESTMENT demand:

(1) Judgment dismissing the Complaint;

(2) Judgment entered in favor of ORDER SHIPPIMG CO., LTD. and EXPERT INVESTMENT against Co-Defendants HYUNDAI MERCHANT MARINE CO., LTD. on the cross-claim herein together with interest, costs and attorneys' fees;

(3) If any liability is found against these Defendants, such liability be limited to $500 per package or other limitation set forth in the governing contracts of carriage or provided by law;

(4) Judgment dismissing the cross-claim of Hyundai Merchant Marine Co., Ltd.;

(5) A stay of the cross-claim of Hyundai Merchant Marine Co., Ltd.;

pending arbitration;

(6)    Costs, fees, including reasonable attorneys' fees and disbursements of this action and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
April 15, 2008

                          FREEHILL, HOGAN & MAHAR LLP
                          Attorneys for Defendants
                          ORDER SHIPPIMG CO., LTD. and
                          EXPERT INVESTMENT

By: _____
                          WILLIAM L. JUSKA, JR. (WJ0772)
                          80 Pine Street
                          New York, New York 10005-1759
                          (212) 425-1900

TO:   CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
       Attorneys for Defendant
       HYUNDAI MERCHANT MARINE CO. LTD.
       61 Broadway, Suite 3000
       New York, New York 10006-2802
       (212) 344-7042

       FEIN & JAKAB
       Attorneys for Plaintiff
       The Woolworth Building
       233 Broadway, Suite 930
       New York, NY 10279
       (212) 732-9290
       Attn: Peter Jakab, Esq.