9119/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Defendant Hyundai Merchant Marine Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| COMMERCIAL METALS COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>M.V. CHRYSOULAS, *in rem*, HER ENGINES, TACKLE, APPAREL, ETC., EXPERT INVESTMENTS, ORDER SHIPPING CO., LTD., and HYUNDAI MERCHANT MARINE CO., LTD., *IN PERSONAM*,<br><br>Defendants. | 08 Civ. 0075 (DAB)<br><br>**ANSWER TO CROSS-CLAIMS** |
|---|---|

Defendant Hyundai Merchant Marine Co. Ltd. ("HMM") by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, answering the cross-claims of defendants Order Shipping Co. Ltd. and Expert Investments, alleges upon information and belief as follows:

1. Denies the allegations of paragraph 32.

2. Denies the allegations of paragraph 33.

3. Denies the allegations of paragraph 34.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35.

WHEREFORE, HMM prays for:

(a) Judgment dismissing the cross-claims;

(b) An award of all costs including attorneys' fees; and

(c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 15, 2008

                                              Respectfully submitted,
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Hyundai Merchant
Marine Co. Ltd.

By:  s/ Randolph H. Donatelli
      Randolph H. Donatelli (RD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

To:    Fein & Jakab
The Woolworth Building
233 Broadway, Suite 930
New York, NY 10279
(212) 732-9290

Freehill, Hogan & Mahar
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On April 15, 2008, I served a complete copy of Defendant Hyundai Merchant Marine Co. Ltd.'s Answer to Cross-Claims, by regular U.S. mail and by ECF, to the following attorneys at their ECF registered address and at the following address:

To:    Fein & Jakab
        The Woolworth Building
        233 Broadway, Suite 930
        New York, NY 10279
        (212) 732-9290
        Attn.: Peter Jakab, Esq.

        Freehill, Hogan & Mahar
        80 Pine Street, 24th Floor
        New York, New York 10005-1759
        (212) 425-1900
        Attn.: Bill Juska, Esq.

*/s/ Jennifer Scianna*
Jennifer Scianna

DATED:    April 15, 2008
                New York, New York